IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEBORAH MALLOY,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )  No. 4:24-cv-00506
                                   )
TRILEAF CORPORATION and T.         )
SCOTT MUSCHANY,                    )
                                   )
        Defendants.                )

Video Deposition of Deborah Malloy

February 17, 2025

Reporter: Jude Arndt, CSR, CCR, RPR
CCR NO. 084-004847
CSR NO. 1450

EXHIBIT

**12**



800.211.DEPO (3376)
*EsquireSolutions.com*

[9:32 a.m.]

THE VIDEOGRAPHER:  This is Tape Number 1 to the videotaped deposition of Deborah Malloy in the matter of Deborah Malloy versus Trileaf Corporation and T. Scott Muschany, being heard before the United States District Court, Eastern District of Missouri, Eastern Division, Case Number 4:24-cv-00506.

This deposition is being held at 3115 South Grand Boulevard, Suite 500, St. Louis, Missouri, 63118, on February 17th, 2025, at 9:34 AM.  My name is Philip Arndt, and I am the videographer.  The court reporter is Jude Arndt.

Counsel, will you please introduce yourselves and affiliations, and the witness will be sworn.

MS. MCMILLEN:  Good morning.  My name is Joy McMillen with the law firm of Lewis Rice, LLC, and I represent the defendants Trileaf Corporation and T. Scott Muschany.

MR. HAAS:  My name is Matt Haas.  I also represent the defendants.

MR. GHIO:  Matt Ghio.  I represent the plaintiff Deborah Malloy with The Crohn Law Firm, PLC.

The witness, DEBORAH MALLOY, first having been duly sworn, testified as follows:



A.    No, ma'am.

Q.    It's still your testimony that Sarah Glass authored Exhibit A?

A.    I'm assuming she did that.  Yes, ma'am.

Q.    Okay.  I'm going to hand you what's been marked as Exhibit J.

[Exhibit J marked for identification.]

BY MS. MCMILLEN:

Q.    Do you recognize these as your verified answers to interrogatories that you -- you signed under penalty of perjury in this case?

A.    Yes.

Q.    Okay.  And if you turn to the next to last page of Exhibit J, do you recognize your signature there?

A.    Yes.

Q.    And you understood by signing your name there you were declaring under penalty of perjury that your answers to interrogatories was truthful and correct?

A.    To the best of my knowledge, yes.

Q.    Okay.  I'll ask you to turn to Page 3 of Exhibit J.  There, you were asked to state whether you had filed bankruptcy at any time, and if so, to identify the date on which you filed such action,



correct?

A.    Yes.

Q.    And would you read aloud for the record your answer to that?

A.    "Yes, I'm not certain, but I believed I filed for bankruptcy with the Adams" --

[Interruption by the reporter.]

A.    "With the Adams Law Group in St. Peters, Missouri, because of financial issues that may have been in 2021.  Whatever was done with the Adams Law Group was finished by the time I was fired from Trileaf."

BY MS. MCMILLEN:

Q.    Before you answered exhibit -- excuse me.

Before you answered Interrogatory Number 3 in Exhibit J, what did you do to assure yourself that your answer to that interrogatory was truthful and correct?

A.    I had just gone back to when I had filed the bankruptcy.  My husband and I.  The Chapter 13.

Q.    Did you keep copies of your bankruptcy filings?

A.    We did, but they were damaged.

Q.    And in your answer here, you state that you filed for bankruptcy maybe in 2021, correct?

A.    Yes.



Q.    Okay.

A.    I don't remember.

Q.    So that's possible that could have happened and you just forgot about it?

A.    It's possible, but I don't remember.

Q.    Okay.  Have you been diagnosed with anyone about a memory problem?

A.    No.

Q.    Okay.  Had any of the recruiters at Adecco, Express Employment Professionals, or Manpower ever assigned a DNU status?

A.    I do not know.

Q.    For the record, what is DNU?

A.    I don't know.

Q.    Okay.  You have experience in recruiting, correct?

A.    Correct.

Q.    And you have -- you have never heard the phrase DNU status?

A.    I have never used it, no.

Q.    And you have never seen that used by anyone else in the context of recruiting?

A.    Not that, no.

Q.    Okay.  In the context of recruiting, have you ever seen or used yourself a reference of do not

