Case: 4:24-cv-00506-CDP    Doc. #: 87-3    Filed: 06/09/25    Page: 1 of 1 PageID #: 1645

## Copy 1 — Federal Filing Copy

| Box | Value |
|---|---|
| 1 Wages, tips, other comp. | 6861.52 |
| 2 Federal income tax withheld | 48.46 |
| 3 Social security wages | 6861.52 |
| 4 Social security tax withheld | 425.41 |
| 5 Medicare wages and tips | 6861.52 |
| 6 Medicare tax withheld | 99.49 |
| d Control number | 019506 CHIC/AGC HUMRES |
| Dept. | T |
| Corp. | |
| Employer use only | 48 |

c Employer's name, address, and ZIP code
MIDWEST GERIATRIC MANAGEMENT
477 NORTH LINDBERGH BLVD
ST LOUIS MO 63141

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 45-3069327 | XXX-XX-0942 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
DEBORAH MALLOY
PO BOX 163
CLARKSVILLE MO 63336

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| MO | 21756082 | 6861.52 |
| 17 State income tax | 243.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Wage and Tax Statement **2021**
Copy B to be filed with employee's Federal income Tax Return.    OMB No. 1545-0008

## Copy 2 — MO.State Reference Copy

| Box | Value |
|---|---|
| 1 Wages, tips, other comp. | 6861.52 |
| 2 Federal income tax withheld | 48.46 |
| 3 Social security wages | 6861.52 |
| 4 Social security tax withheld | 425.41 |
| 5 Medicare wages and tips | 6861.52 |
| 6 Medicare tax withheld | 99.49 |
| d Control number | 019506 CHIC/AGC HUMRES |
| Dept. | T |
| Corp. | |
| Employer use only | 48 |

c Employer's name, address, and ZIP code
MIDWEST GERIATRIC MANAGEMENT
477 NORTH LINDBERGH BLVD
ST LOUIS MO 63141

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 45-3069327 | XXX-XX-0942 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
DEBORAH MALLOY
PO BOX 163
CLARKSVILLE MO 63336

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| MO | 21756082 | 6861.52 |
| 17 State income tax | 243.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Wage and Tax Statement **2021**
Copy 2 to be filed with employee's State income Tax    OMB No. 1545-0008

EXHIBIT 14

## Copy 3 — MO.State Filing Copy

| Box | Value |
|---|---|
| 1 Wages, tips, other comp. | 6861.52 |
| 2 Federal income tax withheld | 48.46 |
| 3 Social security wages | 6861.52 |
| 4 Social security tax withheld | 425.41 |
| 5 Medicare wages and tips | 6861.52 |
| 6 Medicare tax withheld | 99.49 |
| d Control number | 019506 CHIC/AGC HUMRES |
| Dept. | T |
| Corp. | |
| Employer use only | 48 |

c Employer's name, address, and ZIP code
MIDWEST GERIATRIC MANAGEMENT
477 NORTH LINDBERGH BLVD
ST LOUIS MO 63141

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 45-3069327 | XXX-XX-0942 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick p |

e/f Employee's name, address and ZIP code
DEBORAH MALLOY
PO BOX 163
CLARKSVILLE MO 63336

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| MO | 21756082 | 6861.52 |
| 17 State income tax | 243.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Wage and Tax Statement **2021**
Copy 2 to be filed with employee's State income Tax

Exhibit O

PLF0082