UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MALLOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24 CV 506 CDP |
| | ) | |
| TRILEAF CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered May 22, 2024, and the

Memorandum and Order entered this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that Counts I and V of plaintiff

Deborah Malloy's complaint are dismissed with prejudice for failure to state a claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants Trileaf

Corporation and T. Scott Muschany shall have judgment on Count II of plaintiff

Deborah Malloy's complaint, and Count II of the complaint is dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant T. Scott

Muschany shall have judgment on Counts III and IV of plaintiff Deborah Malloy's

complaint, and Counts III and IV of the complaint are dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2026.