**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DEBORAH MALLOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:24-cv-00506 |
| v. ) | |
| ) | |
| TRILEAF CORPORATION, and ) | |
| T. SCOTT MUSCHANY, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JOY D. MCMILLEN

I, Joy D. McMillen, under penalty of perjury, declare as follows:

1.      I am a member at the law firm of Lewis Rice LLC ("Lewis Rice"), and I have served as counsel for Defendants Trileaf Corporation and T. Scott Muschany ("Defendants") in the above-referenced litigation. I am over the age of 18 years, and I have personal knowledge of the facts disclosed herein.

2.      On January 14, 2026, the Court granted Defendants' motion for sanctions in the form of attorney's fees "that were incurred and caused solely because of [Plaintiff Deborah] Malloy's false and misleading answers to interrogatories and deposition testimony regarding her employment and earnings history, criminal history, bankruptcy history, and educational background; and by the provision of incorrect information on Social Security Administration form SSA- 7050-F4 (11-2022), signed under penalty of perjury on December 16, 2024" and ordered Defendants to submit a verified statement of such fees. (Doc. No. 91 at 7–8.)

3.      I have reviewed the invoices for attorney's fees submitted by Lewis Rice to Defendants in connection with Lewis Rice's representation of Defendants in this matter and have identified those fees that were incurred and caused solely because of Plaintiff's false and

misleading answers regarding her employment and earnings history, criminal history, bankruptcy history, and educational background, and the provision of incorrect information on the SSA form. Those fees amount to $55,104.50, as reflected in Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Joy D. McMillen

2