**REDACTED**

| Date | Initials | Narrative | Hours | Cost |
|---|---|---|---|---|
| 11/1/2024 | JOM | Review Plaintiff's employment and earnings history since 2020, including review of her prior bankruptcy filings | 3.4 | $ 1,870.00 |
| 11/2/2024 | JOM | Review Missouri Secretary of State records pertaining to Sarah H. Glass, Looking Glass Medical Staffing and SHG Enterprises | 0.4 | $ 220.00 |
| 11/2/2024 | JOM | Review investigative reports re Sarah H. Glass, SHG Enterprises, current contact information, and phone records | 0.5 | $ 275.00 |
| 12/2/2024 | JOM | Review Plaintiff's 2020 income tax return for purposes of identifying Plaintiff's former employers and earnings history | 0.4 | $ 220.00 |
| 12/2/2024 | JOM | E-mail correspondence re J. Terblanche, Director of Operations of Express Employment Professionals response and questions about our authorization records request for Plaintiff's employment records | 0.2 | $ 110.00 |
| 12/13/2024 | MZH | E-mail correspondence with M. Ghio, plaintiff's counsel, re plaintiff's failure to execute and produce SSA authorization | 0.3 | $ 165.00 |
| 12/15/2024 | JOM | Review e-mail correspondence with M. Ghio re plaintiff's failure to provide SSA employment earnings authorization as requested in defendants' third request for production | 0.2 | $ 110.00 |
| 12/16/2024 | JOM | Analysis of documentation provided by Plaintiff's former employer, S. Glass, re Plaintiff's falsification of a purported recommendation letters Plaintiff provided to Trileaf and other employer | 0.3 | $ 165.00 |
| 12/16/2024 | JOM | Research background of SHG Enterprises, Looking Glass, and S. Glass as it relates to plaintiff's falsification of purported recommendation letter to Trileaf | 0.6 | $ 330.00 |
| 12/16/2024 | JOM | Review and analysis of the false statements made by Plaintiff in her application of employment to Trileaf | 0.7 | $ 385.00 |
| 12/16/2024 | LMW | Telephone conference with S. Glass re purported letter of recommendation | 0.3 | $ 118.50 |
| 12/16/2024 | LMW | Draft declaration from S. Glass re employment of plaintiff and purported letter of recommendation | 0.5 | $ 197.50 |
| 12/16/2024 | JOM | Revise and supplement declaration of S. Glass re Plaintiff's falsification of purported recommendation letters | 0.3 | $ 165.00 |
| 12/16/2024 | JOM | Review e-mail correspondence from M. Ghio re Plaintiff's execution of itemized employment earnings authorization incident to defendants' second request for production of documents | 0.1 | $ 55.00 |
| 12/16/2024 | LMW | Draft motion to compel execution of SSA records authorization as requested in defendants' third request for production | 0.8 | $ 316.00 |
| 12/16/2024 | JOM | Revise draft of defendants' motion to compel plaintiff to respond to defendants' third request for production of documents | 0.2 | $ 110.00 |
| 12/17/2024 | JOM | Review incomplete SSA authorization received from plaintiff's counsel, M. Ghio | 0.2 | $ 110.00 |
| 12/17/2024 | JOM | Review Adecco's communications refusing to provide requested personnel records pursuant to notarized authorization and insisting upon subpoena | 0.2 | $ 110.00 |
| 12/17/2024 | LMW | Draft subpoena to plaintiff's former employer Adecco USA, Inc | 0.5 | $ 197.50 |
| 12/17/2024 | AMC | Revise subpoena to Adecco for plaintiff's employment records | 0.2 | $ 56.00 |
| 12/17/2024 | JOM | Review Plaintiff's 2023 bankruptcy filing in the United States Bankruptcy Court for the Eastern District of Missouri | 1.5 | $ 825.00 |
| 12/17/2024 | JOM | Review evidence of criminal prosecutions and convictions of Plaintiff in the State of California for fraud and perjury prior to her moving to Missouri and request certified copies of the same | 0.6 | $ 330.00 |
| 12/18/2024 | LMW | Telephone conference with S. Glass re purported letter of recommendation she allegedly provided to plaintiff for plaintiff's prospective employment with Trileaf | 0.3 | $ 118.50 |
| 12/18/2024 | LMW | Finalize declaration from S. Glass re employment of plaintiff and purported letter of recommendation | 0.2 | $ 79.00 |
| 12/18/2024 | JOM | Telephone conference with counsel for Plaintiff's former employer, ███ re our request to interview ███ about Plaintiff's former employment with ███ and her provision of a fraudulent recommendation letter ostensibly from S. Glass, Looking Glass | 0.3 | $ 165.00 |
| 12/18/2024 | JOM | Review e-mail correspondence from S. Glass re additional information confirming dates of plaintiff's former employment with Looking Glass (June 2017 to January 3, 2018) and description of job duties and performance issues | 0.1 | $ 55.00 |
| 12/19/2024 | JOM | Review e-mail correspondence from M. Ghio re SSA authorization | 0.1 | $ 55.00 |
| 12/23/2024 | JOM | Begin reviewing Plaintiff's personnel records produced by Adecco | 0.5 | $ 275.00 |
| 12/26/2024 | JOM | Review and reply to e-mail correspondence from circuit court clerk of Shasta County, California re CRF97-0007660-01 The People of the State of California v. Malloy, Deborah Lee and other court cases filed against Plaintiff | 0.2 | $ 110.00 |
| 12/30/2024 | JOM | Review e-mail correspondence from S. Glass and attached execution of declaration | 0.1 | $ 55.00 |

1

**Exhbit**

**A**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/9/2025 | LMW | Multiple telephone conferences with purported former employers of Plaintiff for purpose of clarifying employment and wages | 0.5 | $ 197.50 |
| 1/9/2025 | JOM | Prepare for conference with ▇▇▇▇▇ managing partner re Plaintiff's former employment with an undisclosed former employer, ▇▇▇▇ | 1 | $ 550.00 |
| 1/9/2025 | JOM | Conference with ▇▇▇▇ managing partner re Plaintiff's former employment with an undisclosed former employer, ▇▇▇ | 0.8 | $ 440.00 |
| 1/10/2025 | JOM | Review plaintiff's 2020 tax returns produced in discovery and e-mail to plaintiff's counsel, M. Ghio, re plaintiff's failure to produce attachments to plaintiff's 2020 tax returns | 0.4 | $ 220.00 |
| 1/10/2025 | JOM | Review information re California-based tax preparer who purportedly prepared plaintiff's 2020 Missouri state and federal tax returns | 0.2 | $ 110.00 |
| 1/10/2025 | SSP | Telephone conference with plaintiff's purported California tax preparer, ZipTax, in Redding, CA re plaintiff's 2020 tax return | 0.2 | $ 79.00 |
| 1/11/2025 | JOM | Analysis of plaintiff's employment history and income history reflected in pleadings filed by plaintiff in six (6) separate bankruptcy actions filed in the United States Bankruptcy Court for the Eastern District of Missouri since 2018 | 4.7 | $ 2,585.00 |
| 1/11/2025 | JOM | Analysis of personnel records produced by Manpower US Inc. re plaintiff's former employment with it | 2.2 | $ 1,210.00 |
| 1/11/2025 | JOM | Analysis of personnel records produced by Express Employment Professionals re plaintiff's alleged former employment with it | 0.6 | $ 330.00 |
| 1/12/2025 | JOM | Analysis of personnel records produced by Adecco USA, Inc. re plaintiff's former employment with it | 2.8 | $ 1,540.00 |
| 1/12/2025 | JOM | Analysis of three (3) different (but similar) letters of recommendation purportedly signed by S. Gluss on behalf of Looking Glass Medical Staffing, which plaintiff provided to various former employers | 1 | $ 550.00 |
| 1/12/2025 | JOM | Analysis of discrepancies in six different resumes plaintiff provided to various prospective or actual former employers | 1.8 | $ 990.00 |
| 1/13/2025 | JOM | Analysis of plaintiff's criminal prosecution and guilty plea history in California | 0.8 | $ 440.00 |
| 1/15/2025 | SSP | Research re "College of Grey Nuns," where plaintiff claims in multiple employment applications to have attended/graduated from college | 0.7 | $ 276.50 |
| 1/22/2025 | JOM | Telephone call and e-mail correspondence with M. Ghio, plaintiff's counsel, re plaintiff's failure to produce W-2s and 1099s since 2020 in discovery | 0.2 | $ 110.00 |
| 1/24/2025 | JOM | Analysis of disparities between plaintiff's representations of employment history reflected in plaintiff's employment application, letter of recommendation, and resume submitted to Trileaf and history of employment documented in plaintiff's 6 separately filed voluntary petitions for bankruptcy filed in the United States Bankruptcy Court for the Eastern District of Missouri since 2018, each of which she signed under penalty of perjury | 4.3 | $ 2,365.00 |
| 1/24/2025 | JOM | Analysis of disparities in amounts of income plaintiff reported in her bankruptcy filings and the W-2 statements produced by Adecco and Manpower | 0.6 | $ 330.00 |
| 1/24/2025 | JOM | Analysis of disparities between plaintiff's reports of employment history and education in various employment applications and resumes produced by third parties Adecco, Express Employment Professionals, and Manpower | 1.8 | $ 990.00 |
| 1/24/2025 | JOM | Analysis of disparities between history of employment and sources of income as documented in plaintiff's various petitions for bankruptcy and plaintiff's interrogatory answers re same | 1.6 | $ 880.00 |
| 1/31/2025 | JOM | Telephone conference with K. McKinney, HR Manager and plaintiff's former supervisor at Central States Mfg Co, re plaintiff's former employment with Central States and reason and manner of her separation of employment therefrom | 0.7 | $ 385.00 |
| 1/31/2025 | JOM | E-mail correspondence to and from K. McKinney, Central States' HR Manager, in follow up to call re additional employment records requests | 0.2 | $ 110.00 |
| 1/31/2025 | JOM | Review records received from Central States Manufacturing Co. re plaintiff's employment there in Fall 2023 | 1 | $ 550.00 |
| 2/3/2025 | JOM | Review additional employment documents received today from plaintiff's former employer, Adecco, which includes a similar, but different, version of a purported recommendation letter from S. Gluss on behalf of Looking Glass Medical Staffing | 1 | $ 550.00 |
| 2/11/2025 | JOM | Review additional documents and exhibits related to plaintiff's fabrication of her high school diploma | 0.5 | $ 275.00 |
| 2/20/2025 | JOM | E-mail correspondence to M. Ghio requesting plaintiff's executed employment authorizations for the additional employers identified by plaintiff in her deposition | 0.1 | $ 55.00 |
| 2/26/2025 | LMW | Telephone conference with fact witness S. Glass re willingness to cooperate and meet to discuss plaintiff's prior brief employment and plaintiff's use of false/forged recommendation letters purportedly authored and provided by her on behalf of Looking Glass Medical Staffing | 0.2 | $ 79.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/28/2025 | JOM | Interview K. McKinney, Central States' HR Director | 1 | $ 550.00 |
| 2/28/2025 | JOM | Interview S. Glass, former owner of Looking Glass Medical Staffing | 1 | $ 550.00 |
| 2/28/2025 | LMW | Participate in teams conference with K. McKinney, Central States' HR Director | 0.8 | $ 316.00 |
| 2/28/2025 | LMW | Participate in in-person conference with fact witness S. Glass re plaintiff's prior brief employment with Looking Glass and plaintiff's use of false recommendation letters purportedly authored by S. Glass | 1 | $ 474.00 |
| 2/28/2025 | MZH | Participate in teams conference with fact witness K. Mckinney, Central States HR director, re plaintiff Malloy's former employment with Central States | 1.1 | $ 605.00 |
| 2/28/2025 | MZH | Participate in in-person conference with fact witness S. Glass re plaintiff Malloy's prior brief employment with Looking Glass Medical and forged recommendation letters | 1 | $ 990.00 |
| 2/28/2025 | MZH | Review file materials and online materials relating to S. Langston, former head of HR at Central States, to prepare for interview with S. Langston re plaintiff Malloy's former employment at Central States and reason for and manner of separation from Central States | 1.2 | $ 660.00 |
| 3/3/2025 | JOM | Telephone call to M. Ghio in follow up to request for additional employment authorizations re plaintiff's employer | 0.3 | $ 165.00 |
| 3/3/2025 | JOM | Telephone conference with K. McKinney, Central States' HR Director | 0.3 | $ 165.00 |
| 3/3/2025 | MZH | Telephone calls to K. McKinney, Central States HR director, and S. Langston, former Head of HR of Central states, re plaintiff's employment tenure and deposition | 0.5 | $ 275.00 |
| 3/3/2025 | JOM | Review draft subpoena and notice of deposition for K. McKinney | 0.1 | $ 55.00 |
| 3/5/2025 | JOM | Telephone conference with attorney, A. Cunningham, who represents Central States Manufacturing, re Central States' former employment of plaintiff | 0.5 | $ 275.00 |
| 3/5/2025 | JOM | Review e-mail correspondence from S. Glass and attachments of documents relating to SHG Enterprises (d/b/a Looking Glass Medical Staffing) personnel records pertaining to plaintiff's former employment | 0.6 | $ 330.00 |
| 3/5/2025 | JOM | E-mail correspondence to M. Ghio, plaintiff's counsel, re subpoena and notice of deposition for K. McKinney-Oelson, Central States' HR Director | 0.1 | $ 55.00 |
| 3/5/2025 | MZH | Analysis of documents produced by Looking Glass re plaintiff's employment and recommendation letters | 0.3 | $ 165.00 |
| 3/5/2025 | JOM | E-mail correspondence to M. Ghio in follow up to March 3 telephonic meet and confer requesting employment authorizations for additional former employers of plaintiff including ██████████████ and ██████ | 0.2 | $ 110.00 |
| 3/7/2025 | JOM | Prepare correspondence to C████ R███, Human Resources Manager of ████████, ██ for production of personnel records under a business records affidavit pursuant to authorization executed by plaintiff | 0.3 | $ 165.00 |
| 3/9/2025 | JOM | E-mail correspondence to Central States' attorney, A. Cunningham, re January 31, 2025 business records affidavit executed by K. McKinney and additional documents she subsequently produced outside of affidavit | 0.2 | $ 110.00 |
| 3/10/2025 | JOM | Prepare deposition outline of K. McKinney, Central States Manufacturing's HR director | 2.5 | $ 1,375.00 |
| 3/10/2025 | JOM | Prepare letter to managing attorney of ██████ law firm requesting production of plaintiff's personnel records under a business records affidavit pursuant to plaintiff's executed authorization for release of such records | 0.2 | $ 110.00 |
| 3/10/2025 | JOM | Review e-mail correspondence from Central States' attorney, A. Cunningham re revised business records affidavit, e-mail correspondence to M. Ghio re our request for plaintiff's executed employment authorizations for ███ and ██████ law firm, and review reply e-mail correspondence from M. Ghio and attached plaintiff's executed employment authorizations for ███ and ██████ law firm | 0.3 | $ 165.00 |
| 3/10/825 | MZH | Work on deposition preparation to depose K. McKinney, Central States HR employee | 1.1 | $ 605.00 |
| 3/11/2025 | JOM | Telephone conference with Central States' attorney A. Cunningham re plaintiff's abandonment of subsequent employment at Central States | 0.6 | $ 330.00 |
| 3/11/2025 | MZH | Supplement deposition outline to depose K. McKinney | 1.8 | $ 990.00 |
| 3/12/2025 | JOM | Teams meeting with K. McKinney and Central States' attorney, A. Cunningham (Mitchell Williams) | 1.1 | $ 715.00 |
| 3/12/2025 | JOM | Review e-mail correspondence from Central States' attorney A. Cunningham received re additional documents from Central States relating to plaintiff's former employment | 0.1 | $ 55.00 |
| 3/12/2025 | JOM | Review and analysis of additional documents provided by Central States re plaintiff's former employment | 0.7 | $ 385.00 |
| 3/12/2025 | MZH | Continue preparation for deposition of K. McKinney, Central States HR employee | 1.7 | $ 935.00 |
| 3/12/2025 | LMW | E-mail correspondence with S. Glass re business records affidavit for Looking Glass Medical Staffing business records | 0.2 | $ 79.00 |
| 3/12/2025 | MZH | Prepare for and conduct interview with K. McKinney, Central States employee, and her counsel re plaintiff's employment at Central States to prepare for deposition of K. McKinney | 1.1 | $ 605.00 |

3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/13/2025 | MZH | Continue preparation for deposition of K. McKinney and work on direct examination outline | 1.6 | $ 880.00 |
| 3/13/2025 | MZH | Depose K. McKinney, employee of Central States Manufacturing, in Springdale, Arkansas | 3.2 | $ 1,760.00 |
| 3/14/2025 | JOM | Review and reply to e-mail correspondence from fact witness S. Glass re business records affidavit | 0.1 | $ 55.00 |
| 3/17/2025 | LMW | Draft business records declaration for Looking Glass Medical Staffing business records | 0.4 | $ 158.00 |
| 3/18/2025 | JOM | E-mail correspondence to ██████ counsel re the court's entry of a protective order in follow up to defendants' request for ██████ to provide personnel records relating to its former employment with ██████ and new fact issues resulting from plaintiff Malloy's March 17 deposition | 0.2 | $ 110.00 |
| 3/19/2025 | JOM | Review and analysis of personnel records re plaintiff received from her former employer, ██████ Law Firm | 0.8 | $ 440.00 |
| 3/19/2025 | JOM | Telephone conference with ██████ in follow up to prior correspondence and requests for personnel records; prepare subpoena duces tecum to ██████ re same | 0.3 | $ 165.00 |
| 3/19/2025 | LMW | Review plaintiff's employment records from ██████ law | 0.2 | $ 79.00 |
| 3/21/2025 | LMW | Analyze additional deception by plaintiff to secure job position, including use of husband as a fake employment reference | 0.5 | $ 197.50 |
| 3/21/2025 | MZH | Analysis of phone numbers provided by plaintiff in discovery relating to her use of a fake employment reference of "M. Moberly" using her husband's cell phone number as his contact number to further establish additional credibility and inconsistencies in plaintiff's deposition testimony and sworn discovery answers | 0.9 | $ 495.00 |
| 3/826/25 | SSP | Telephone conference with counsel for ██████ re subpoena to produce records and notice of deposition, including, conference re ██████ subpoena and notice of deposition | 0.2 | $ 79.00 |
| 3/26/2025 | MZH | Correspondence with R. Ford, counsel for ██████ re document production | 0.2 | $ 110.00 |
| 3/27/2025 | JOM | Review and analysis of personnel records received from ██████ re plaintiff's former employment and her termination for attempting to avoid and failing and refusing to complete background check | 0.5 | $ 275.00 |
| 3/27/2025 | MZH | Prepare correspondence to R. Ford, counsel for ██████, re dispute with ██████ document production containing numerous redactions and request for ██ to produce unredacted business records | 0.2 | $ 110.00 |
| 3/28/2025 | MZH | Telephone calls with R. Ford, counsel for ██████ re request for unredacted records | 0.2 | $ 110.00 |
| 4/15/2025 | JOM | Analysis of documentation re M. Malloy's attendance of high school at Ocean View High School in Hunting Beach, CA from 1977-1979, plaintiff's high school graduation from Savanna High School in Anaheim CA in 1981, plaintiff's marriage to M. Malloy in Orange CA in 1982, and birth of children Tiffanie and Adam in 1982 and 1984, which cannot be reconciled with plaintiff's testimony and historical employee application and resume claims of having attended/graduate from either the College of the Grey Nuns from 1981-1984 in Montreal, Quebec Canada (which is also in conflict with her resume to Looking Glass Medical that she graduated from McGill University in Montreal, Quebec in 1987) | 0.3 | $ 165.00 |
| 4/18/2025 | JOM | Telephone conference with ██████ managing partner re motion for sealing records relating to ██████ former employment of Plaintiff; follow up e-mail correspondence to and from same confirming ██████ consent to motion for sealing per the court's local rule requirements | 0.3 | $ 165.00 |
| 4/18/2025 | MZH | E-mail correspondence and telephone calls with R. Ford, counsel for ██████, re motion to file under seal | 0.5 | $ 275.00 |
| 4/24/2025 | JOM | Review correspondence from Social Security Administration re could not respond to SSA Earnings History request because plaintiff's name, date of birth did not correspond to what they had for her in its records | 0.2 | $ 110.00 |
| 4/24/2025 | LMW | Analyze grounds for motion for sanctions based on plaintiff's provision of incorrect date of birth on social security administration authorization form | 1 | $ 395.00 |
| 4/24/2025 | LMW | Draft e-mail correspondence to plaintiff's counsel re anticipated motion for sanctions | 1 | $ 395.00 |
| 4/24/2025 | JOM | E-mail correspondence to plaintiff's counsel, M. Ghio, re plaintiff's serious discovery violation and intent to file motion re same | 0.2 | $ 110.00 |
| 4/25/2025 | LMW | Participate in telephone conference with plaintiff's counsel re anticipated motion for sanctions | 0.2 | $ 79.00 |
| 2/25/2025 | JOM | Draft key facts re plaintiff's discovery abuses as basis for motion for sanctions | 1.4 | $ 770.00 |
| 4/29/2025 | LMW | Supplement motion for sanctions | 2.5 | $ 987.50 |
| 4/30/2025 | LMW | Supplement motion for sanctions | 1 | $ 395.00 |
| 5/2/2025 | LMW | Work on motion for sanctions | 3 | $ 1,185.00 |
| 5/6/2025 | JOM | Revise and supplement memorandum of law in support of defendants' motion for sanctions | 2.6 | $ 1,430.00 |
| 5/7/2025 | LMW | Supplement defendants' motion for sanctions | 3.2 | $ 1,264.00 |

| 5/8/2025 | LMW | Supplement defendants' motion for sanctions | 1.8 | $ 711.00 |
|---|---|---|---|---|
| 5/8/2025 | MZH | Supplement defendants' motion for sanctions to include plaintiff's use of Mark "Mobley" as an employment references | 0.3 | $ 165.00 |
| 5/8/2025 | JOM | Revise brief in support of defendants' joint motion for sanctions | 1.6 | $ 880.00 |
| 5/12/2025 | JOM | Review and analysis of plaintiff's initial memorandum in opposition to defendant's joint motion for sanctions | 0.4 | $ 220.00 |
| 5/12/2025 | LMW | Supplement response to plaintiff's initial memorandum opposing motion for sanctions | 1.1 | $ 434.50 |
| 5/23/2025 | LMW | Review plaintiff's opposition to motion for sanctions | 0.8 | $ 316.00 |
| 58/24/25 | JOM | Prepare reply arguments in support of defendants' joint motion for sanctions | 2 | $ 1,100.00 |
| 5/28/2025 | LMW | Supplement reply in support of motion for sanctions | 3 | $ 1,185.00 |
| 5/30/2025 | JOM | Revise and supplement reply in support of defendants' motion for sanctions | 2.6 | $ 1,430.00 |
| | | | | |
| | | Total = | 106.5 | $ 55,104.50 |

**5**